UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINIQUE WINZER, *on behalf of X.M.J., a minor child*,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:26-cv-03869-FJS<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS AND SERVE DEFENDANT UNDER E-SERVICE PROGRAM<br><br>(ECF No. 2) |

Plaintiff Shinique Winzer, on behalf of X.M.J., a minor child ("Plaintiff") filed a complaint on May 20, 2026, challenging a final decision of the Commissioner of Social Security denying an application for benefits. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) The court was unable to determine whether Plaintiff qualified to proceed *in forma pauperis* and therefore directed Plaintiff to file separate long form applications. (ECF No. 3.) On May 28, 2026, Plaintiff paid the filing fee.

Consequently, the court finds that Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is moot and will direct the clerk of the court to terminate the application and serve the complaint in this action under the court's e-service program.

Accordingly, IT IS HEREBY ORDERED that:

1.    The clerk of the court shall TERMINATE the application to proceed *in forma*

*pauperis* (ECF No. 2) as MOOT;

2.   The clerk of the court is DIRECTED to issue a summons and new case documents, including the scheduling order; and

3.   The clerk of the court is DIRECTED to deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of this action along with the summons and complaint.

IT IS SO ORDERED.

Dated:   **June 1, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2