UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINIQUE WINZER o/b/o X.M.J., Plaintiff, v. COMMISSIONER OF SOCIAL SECURITY, Defendants. | Case No. 1:26-CV-03869-FJS<br><br>ORDER GRANTING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(ECF No. 16.) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: November 3, 2026

LAW OFFICES OF FRANCESCO BENAVIDES

By: */s/ Francesco Benavides**
FRANCESCO BENAVIDES
Attorneys for Plaintiff
[*As authorized by e-mail on Nov. 3, 2026]

Dated: November 4, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy

By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

Based upon the parties' stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g), and for good cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 405(g) of the Social Security Act, 42 U.S.C. 405(g). The court directs the clerk of the court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. All pending matters and dates in this action are VACATED.

IT IS SO ORDERED.

Dated: **November 4, 2026**

UNITED STATES MAGISTRATE JUDGE